■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID CYRIL READ, Appellant.— Motion granted to prosecute appeal from order entered May 20, 1960 on original papers, five copies of typewritten brief.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GORDON C. GRAVES, Appellant.— Motion granted to prosecute appeal from order entered March 10, 1960, on original papers, five copies of handwritten brief, and otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY NELSON LINK (HENRY LINK), Appellant.— Motion granted to prosecute appeal on certified copy of judgment roll, five typewritten briefs, and Anthony J. Colucci, Esq., of Buffalo, assigned as counsel to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CALLAHAN, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to dismiss appeal denied. Motion granted to prosecute appeal on original papers, five typewritten briefs, from order entered August 1, 1957, and James N. Carlo, Esq., of Buffalo, assigned to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT LEE MORRISON, Appellant, against WALTER H. WILKINS, as Warden, Respondent.— Motion granted to prosecute appeal on original papers and five copies of handwritten brief from order entered January 15, 1960; orders entered March 2, 1960 and April 7, 1960 vacated.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD E. SMITH, Appellant.— Orders of November 11, 1959 and March 2, 1960 vacated. Motion granted to prosecute appeal on original papers and five copies of typewritten brief from orders entered August 11, 1959 and January 8, 1960, and Luke A. Burns, Esq., of Watertown, assigned to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE GARNER, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion granted to prosecute appeal on original papers, five typewritten briefs, and Herbert T. Anderson, Esq., of Auburn, assigned to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL L. JORDAN, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to dismiss appeal denied. Reargument of motion to prosecute appeal on original papers, typewritten briefs, from order entered September 10, 1957, granted on court's own motion, and upon reargument, motion granted. Donald N. Fitzer, Esq., assigned as counsel to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LORENZO ISAAC, Appellant.— Motion granted and appeal dismissed.